THE STATE EX REL. TAYLOR, APPELLANT, *v.* CORRIGAN, JUDGE, APPELLEE.

[Cite as *State ex rel. Taylor v. Corrigan* (1996), 76 Ohio St.3d 564.]

(No. 96–882—Submitted July 24, 1996—Decided September 25, 1996.)

*Gerald Taylor, Jr., pro se.*

The judgments of the court of appeals are affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.